```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
STACEY MERCER,                                                   :
                                                                 :
                                    Plaintiff,:                      1:20-cv-10457-GHW
                                                                 :
            -v -                                                 :   ORDER
                                                                 :
GREENPOINT HOTEL MANAGEMENT                                      :
KISSIMMEE LLC,                                                   :
                                                                 :
                                    Defendant.:
                                                                 :
-----------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/15/2021

GREGORY H. WOODS, United States District Judge:

On February 12, 2021, the Court issued an order conditionally discontinuing this action. Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of the action to the active calendar of the Court by the date that was 30 days following the issuance of the order. In accordance with the terms of that order, if the plaintiff failed to apply for restoration of the case by that date, the case would be automatically dismissed with prejudice.

By letter dated March 15, 2021, Dkt. No. 14, Plaintiff has requested that the Court extend by 10 days the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal.[1] That application is GRANTED. Accordingly, the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal, is extended to March 25, 2021.

---

[1] As explained in Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14

SO ORDERED.

Dated: March 15, 2021
      New York, New York

_____
GREGORY H. WOODS
United States District Judge